UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRICK GRANTLEY,
Inmate No. 198328,

    Plaintiff,

v.                                  CASE NO. 3:15cv493/MCR/EMT

E.L. SAM, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 5, 2016. ECF No. 12. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.[1]

---

[1] Plaintiff objects to the Report and Recommendation, indicating he filed a motion for leave to file an amended complaint on December 13, 2015, prior to the entry of the Report and Recommendation, and therefore should have been afforded an opportunity to amend his complaint to add the previous lawsuits omitted from his original complaint. On review, the Court record

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

3. The clerk is directed to close this file.

**DONE AND ORDERED** this 1st day of February 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

confirms that on December 13, 2015, the Plaintiff mailed a Motion for Extension of Time with regard to payment of the initial filing fee. That motion was marked received and filed on December 16, 2015. However, there is no motion for leave to amend filed on record in this case.

Case No. 3:15cv493/MCR/EMT